IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:09cr00179-001 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JACQUELINE WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter was before the Court on January 7, 2011, for final hearing and sentencing on violations of conditions of probation. The defendant was present and represented by Attorney Jacqueline Johnson.

    The defendant appeared before Magistrate Judge Kenneth S. McHargh on December 15, 2010, for an initial appearance on revocation of probation for violating conditions of probation. Defendant waived her preliminary hearing and admitted to illicit drug use on November 10, 2010. A Report and Recommendation (Doc. 22) was issued on December 17, 2010, to which no objection was filed and the Court adopts the Report and Recommendation.

    The defendant, on January 3, 2011, appeared before Magistrate Judge Nancy Vecchiarelli for an initial appearance on revocation of probation for additional violations of conditions of probation (failure to follow rules of Location Monitoring Program, illicit drug use on December 6, 2010, and failure to pay restitution.) Defendant again waived her preliminary hearing as well as the detention hearing and the case was set for final probation revocation hearing on January 7,

2011, before the undersigned.

Prior to a finding as to defendant's violation of conditions of probation and with defendant's consent a drug test was performed on January 7, 2011.  The supervising officer reported a positive result.

The Court found that defendant had violated the following conditions of probation:

1) failure to follow rules of Location Monitoring Program;

2) illicit drug use on November 10, 2010, December 6, 2010, and

   January 7, 2011, the latter as a result of the positive drug test

   result on January 7, 2011;

3) failure to pay restitution.

Therefore, the defendant is committed to the Bureau of Prisons for a period of 2 months and is granted credit for time served on the instant violations.  Defendant shall self-report to the Office of the U.S. Marshal (Cleveland) by12:00 noon on January 14, 2011.  Upon defendant's release from incarceration the defendant's probation shall terminate.

Defendant, while awaiting to self-report, shall remain on probation under the same conditions earlier imposed.  The current home detention condition is modified and a curfew period is imposed.  Defendant will be permitted to leave her home from 6:30 a.m., to 6:30 p.m., but must return by 6:30 p.m., daily.  During the time that defendant is away from her home she is required, prior to leaving her home, to speak with the supervising officer to advise the officer of where defendant will be while away from home.  If the supervising officer is not available

defendant is required to leave a message for the officer as to defendant's whereabouts during the day.

**IT IS SO ORDERED.**


Dated: January 10, 2011	*s/    James S. Gwin*
	JAMES S. GWIN
	UNITED STATES DISTRICT JUDGE